**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed August 3, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00026-CV

**CITY OF HOUSTON, Appellant**

**V.**

**TAYDE GARCIA CRUZ, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-35531**

## MEMORANDUM OPINION

This is an interlocutory appeal from a trial court order signed December 22, 2020 denying appellant governmental immunity. On July 13, 2021, the parties filed a joint motion to voluntarily dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed. Costs are assessed against the party incurring same.

PER CURIAM

Panel consists of Justice Bourliot and Justices Poissant and Wilson.